### THE NORTH RIVER.
### THE RICHARD PECK.
### THE RUSSELL NO. 7.
### ARUNDEL CORPORATION v. NEW ENGLAND S. S. CO. et al.
#### No. 270.

Circuit Court of Appeals, Second Circuit.
March 7, 1932.

Haight, Smith, Griffin & Deming, of New York City (John W. Griffin, of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Lawson R. Jones, both of New York City, of counsel), for appellee the Russell No. 7.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree (57 F.(2d) 600) affirmed.